UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MOHAMMAD ALI HEDAYATI, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE PERRY LAW FIRM, APLC, et al.,<br><br>    Defendants. | No. SA CV 17-0688-DOC (DFM)<br><br>Order Accepting Findings and Recommendations of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint (Dkt. 20, "FAC") filed by Plaintiffs Mohammad Ali Hedayati and Mohammad Hedayati ("Plaintiffs"), the Motion to Dismiss the FAC (Dkt. 23), the Opposition and Reply briefs relating thereto, and the Findings and Recommendations of the assigned United States Magistrate Judge. No party has filed any written objections, and the deadline for filing objections has passed. The Court accepts the findings and recommendations of the Magistrate Judge.

///

///

| | |
|---|---|
| 1 | IT IS THEREFORE ORDERED that: (1) the Findings and Recommendations (Dkt. 36) is approved an accepted; and (2) Defendant's Motion to Dismiss the First Amended Complaint (Dkt. 23) is GRANTED and Plaintiffs' claims are dismissed without leave to amend. |

Dated: June 25, 2018

*/s/ David O. Carter*
_____
DAVID O. CARTER
United States District Judge