JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| MOHAMMAD ALI HEDAYATI, et al., | No. SA CV 17-0688-DOC (DFM) |
|---|---|
| Plaintiffs, | JUDGMENT |
| v. | |
| THE PERRY LAW FIRM, APLC, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

Dated: June 25, 2018

_____
DAVID O. CARTER
United States District Judge